Daxieu, J.
 

 The limitation over, in the bequest in the will of John Lea, of the slave Hannah and her increase, after the death of his daughter, Betsey Evans, “,to be equally divided between the heirs of my daughter Betsey’s body,” is, in law, a good limitation over. That was. held by this Court in
 
 Swain
 
 v.
 
 Rascoe,
 
 3 Iredell, 200.
 

 
 *90
 
 The remainder men had no right to commence their action, until the death of' their mother ; and three years had not run from that time before they brought their action ; the statute of limitations, therefore, was no bar. As to the damages — it appears, that the defendant held and claimed these slaves as his own property. It was, therefore, not necessary for the plaintiffs to have made any demand, before the commencement of their action.
 
 Knight
 
 v. Wall, 2 Dev. and Bat. 125 ; and damages were consequential upon the things sued for, from the commencement of the plaintiff’s right of action, which was on the death of their mother.
 

 Per Curiam, Judgment "affirmed.,